## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

MARVIN WILLIAM BEDFORD, JR.                                           PLAINTIFF

V.                      NO: 4:17CV00044 JLH/PSH

FAULKNER COUNTY DETENTION
CENTER UNIT 1 *et al*                                                         DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge J. Leon Holmes. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Marvin William Bedford, Jr., who was formerly held at the Faulkner County Detention Center Unit 1, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on January 23, 2017. On January 30, 2017, the Court entered an order noting that the defendants Bedford named are not subject to suit, and directing him to file an amended complaint identifying a proper defendant. Doc. No. 3. That same order warned Bedford that his failure to file an amended complaint within 30 days would result in the recommended dismissal of his complaint. More than 30 days have passed, and Bedford has not filed an amended complaint or otherwise responded to the order. Additionally, mail

sent to Bedford at his address of record has been returned as undeliverable with a notation indicating Bedford is no longer at the Faulkner County Detention Center. Doc. Nos. 4, 6 &7. Bedford is not listed as a current inmate on the Arkansas Department of Correction's public website. Under these circumstances, the Court concludes that Bedford's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Marvin William Bedford, Jr.'s, complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE