**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MARVIN WILLIAM BEDFORD, JR.                                PLAINTIFF

v.                      NO: 4:17CV00044 JLH

FAULKNER COUNTY DETENTION
CENTER, UNIT 1, *et al*.                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 30th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE